

**From:** Howieson, Holly <Holly.Howieson@maine.gov>
**Sent:** Tuesday, June 11, 2019 4:14 PM
**To:** Tower, Jane
**Subject:** FW: FW: Hep C in prisons - Maine

**From:** Howieson, Holly
**Sent:** Tuesday, October 31, 2017 4:02 PM
**To:** Barrows, Kelene <Kelene.Barrows@maine.gov>
**Subject:** RE: FW: Hep C in prisons - Maine

How many inmates in your state prisons have been diagnosed with hepatitis C? Please attach the latest figures and any recent study or report on inmates in your custody with this condition. As of today, there are 580 HCV+ prisoners housed in the MDOC.

3. How many of these inmates with hepatitis C have been treated? One was admitted already on treatment with Eclupsa and will continue on that regimen until completed (approximately 21 days from now). We had 2 additional patients undergo treatment while in custody.   With what treatment? Harvoni  What hepatitis C drugs are in your formulary? All HCV Treatment is off-formulary and is evaluated and approved by the infectious disease committee when potential treatment candidates are identified.

*Holly A Howieson BSN, RN*
Health Services Coordinator
Maine Department of Corrections
State House Station #111
Augusta, Maine 04333
Tel 207-287-6447
Fax 207-287-4370
Email  holly.howieson@maine.gov

**Confidentiality Notice**
This communication (including all attachments) is intended solely for the use of the person or persons to whom it is addressed, and should be treated as a confidential communication of the Department of Corrections. It may include information that is privileged and/or confidential under both State and Federal law. If you are not the intended recipient, or agent of the recipient, you are notified that any further use, dissemination, copy, distribution, printing or disclosure is strictly prohibited. If you have received this communication in error, please notify the originator and permanently delete it from your system (do not retain copies), and reply to the sender to advise that this communication was misdirected. Your cooperation is appreciated.

**From:** Barrows, Kelene
**Sent:** Tuesday, October 31, 2017 1:53 PM
**To:** Howieson, Holly <Holly.Howieson@maine.gov>
**Subject:** FW: FW: Hep C in prisons - Maine

Do we know these numbers?  Please advise to me.  Thank you…Kelene

**From:** Siraphob Thanthong [mailto:st3114@columbia.edu]
**Sent:** Tuesday, October 31, 2017 1:34 PM
**To:** Barrows, Kelene <Kelene.Barrows@maine.gov>
**Subject:** Re: FW: Hep C in prisons - Maine

Hi Ms. Barrows,

Thank you for the link. I still have wait for the numbers of inmates diagnosed and treated, correct?

Thanks,
Randy

On Tue, Oct 31, 2017 at 11:55 AM, Barrows, Kelene <Kelene.Barrows@maine.gov> wrote:

> Good Afternoon,
>
> Public policies can be referred to our website at http://maine.gov/corrections/PublicInterest/policies.shtml
>
> Thank you....Kelene
>
> **From:** Siraphob Thanthong [mailto:st3114@columbia.edu]
> **Sent:** Wednesday, October 11, 2017 9:52 AM
> **To:** Barrows, Kelene <Kelene.Barrows@maine.gov>
> **Subject:** Hep C in prisons - Maine
>
>
> Dear Ms. Barrows,
>
> I am a journalist working on an investigation concerning hepatitis C treatment in prisons. While I'm doing this work while attending Columbia Journalism School, my intent is to publish it in a media outlet, as I have published numerous other articles.
>
> I am doing a survey on all 50 states and I would like to get the following information from your state.
>
> 1. Please cite or attach your state's policy on testing and treating inmates for hepatitis C.
>
> 2. How many inmates in your state prisons have been diagnosed with hepatitis C? Please attach the latest figures and any recent study or report on inmates in your custody with this condition.
>
> 3. How many of these inmates with hepatitis C have been treated? With what treatment? What hepatitis C drugs are in your formulary?
>
> Your help with the information is much appreciated. Please reply by Oct. 27. And please let me know if you have any questions about my request. I can be reached via this email or by cell at 917-607-8642.
>
> Thank you very much for your time. I look forward to hearing from you.

Kind regards,
Randy
Siraphob Thanthong-Knight
m: 917-607-8642
e: st3114@columbia.edu