UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATHIEW LOISEL,<br><br>        Plaintiff<br><br>        v.<br><br>ROBERT CLINTON, M.D., et al.,<br><br>        Defendants | Case No. 1:19-cv-00081-NT |

**JOINT STATUS REPORT OF THE PARTIES**

Now come the Plaintiff, Mathiew Loisel, and the Defendants, Robert Clinton, MD, Richard Liberty, NP, and Wellpath, LLC, and the Maine Department of Corrections, Randall Liberty and Matthew Magnusson (hereinafter, collectively, "the parties"), by and through undersigned counsel, and hereby submit this joint status report in accordance with the Court's prior order. (Docket # 60.)

On July 24, 2020, the Court granted the parties' joint motion to stay the proceedings in this matter on the ground that the parties had reached an interim agreement that eliminated the need for further litigation at that time. At present, the interim agreement has been finalized by the parties and is being circulated for execution by the signatories to the interim agreement. The parties agree that a stay of the proceedings remains warranted to effectuate the terms of the agreement.

The Parties anticipate that the interim agreement will remain operative through approximately October 2021. At that time, the Parties expect that this matter will be resolved and a final stipulation of dismissal will be filed with the Court.

Respectfully submitted this 15th day of December, 2020.

|  |  |
|---|---|
|  | AARON M. FREY<br>Attorney General<br><br>/s/ Alisa Ross<br>Jonathan R. Bolton, Esq.<br>Alisa Ross, Esq.<br>Assistant Attorneys General<br>Attorneys for Maine<br>Department of Corrections,<br>Randall Liberty, and<br>Matthew Magnusson |
| Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>207-626-8800<br>jonathan.bolton@maine.gov<br>alisa.ross@maine.gov |  |
|  | */s/ Robert C. Hatch*<br>Robert C. Hatch, Esq.<br><br>*/s/ Elizabeth K. Peck*<br>Elizabeth K. Peck, Esq.<br><br>*/s/ Benjamin J. Wahrer*<br>Benjamin J. Wahrer<br><br>Attorneys for Defendants Robert Clinton, MD, Richard Liberty, N.P. and Wellpath, LLC |
| **THOMPSON BOWIE & HATCH LLC**<br>415 Congress Street, Fifth Floor<br>P.O. Box 4630<br>Portland, Maine 04112-4630<br>207-774-2500<br>rhatch@thompsonbowie.com<br>epeck@thompsonbowie.com<br>bwahrer@thompsonbowie.com |  |

                                          /s/ Miriam Johnson
                                          Miriam Johnson, Esq.
                                          Attorney for Plaintiff

Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME 04243-0961
207-784-3576
mjohnson@bermansimmons.com