UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATHIEW LOISEL,<br><br>    Plaintiff<br><br>v.<br><br>ROBERT CLINTON, M.D., et al.,<br><br>    Defendants | Case No. 1:19-cv-00081-NT |

**JOINT STATUS REPORT OF THE PARTIES**

Now come the Plaintiff, Mathiew Loisel, and the Defendants, Robert Clinton, MD, Richard Liberty, NP, and Wellpath, LLC, and the Maine Department of Corrections, Randall Liberty and Matthew Magnusson (hereinafter, collectively, "the parties"), by and through undersigned counsel, and hereby submit this joint status report in accordance with the Court's prior order. (Docket # 62.)

On July 27, 2020, the Court granted the parties' joint motion to stay the proceedings in this matter on the ground that the parties had reached an interim agreement that eliminated the need for further litigation at that time. In a joint status report dated December 15, 2020, the parties notified the Court that the interim agreement had been finalized and was in the process of being circulated for signatures, and the parties requested that the Court continue the stay. (Docket # 61.) On December 17, 2020, the Court issued an order continuing a stay of the proceedings. (Docket # 62.) At present, the parties agree that a stay of the proceedings remains warranted for continued implementation and performance of the terms of the agreement.

In light of the circumstances, the parties anticipate that this will be the last request to continue the stay and expect the litigation to be finally resolved within the next several months.

1

Respectfully submitted this 1st day of June, 2021.

          AARON M. FREY
          Attorney General

          /s/ Alisa Ross
          Jonathan R. Bolton, Esq.
          Alisa Ross, Esq.
          Assistant Attorneys General
          Attorneys for Maine
          Department of Corrections,
          Randall Liberty, and
          Matthew Magnusson

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
jonathan.bolton@maine.gov
alisa.ross@maine.gov

          */s/ Robert C. Hatch*
          Robert C. Hatch, Esq.

          */s/ Elizabeth K. Peck*
          Elizabeth K. Peck, Esq.

          Attorneys for Defendants Robert
          Clinton, MD, Richard Liberty, N.P.
          and Wellpath, LLC

**THOMPSON BOWIE & HATCH LLC**
415 Congress Street, Fifth Floor
P.O. Box 4630
Portland, Maine 04112-4630
207-774-2500
rhatch@thompsonbowie.com
epeck@thompsonbowie.com
bwahrer@thompsonbowie.com

/s/ Miriam Johnson
Miriam Johnson, Esq.
Attorney for Plaintiff

Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME 04243-0961
207-784-3576
mjohnson@bermansimmons.com

3