UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATHIEW LOISEL,<br><br>    Plaintiff<br><br>  v.<br><br>WELLPATH., et al.,<br><br>    Defendants | Case No. 1:19-cv-00081-NT |

**JOINT STATUS REPORT OF THE PARTIES**

  Now come the parties, Plaintiff Mathiew Loisel and Defendants Wellpath, LLC, the Maine Department of Corrections and Randall Liberty, by and through undersigned counsel, and submit this joint status report in accordance with the Court's order dated June 1, 2021. (ECF No. 64)

  On July 27, 2020, the Court granted the parties' joint motion to stay the proceedings in this matter on the ground that the parties had reached an interim agreement that eliminated the need for further litigation at that time.  In a joint status report dated December 15, 2020, the parties notified the Court that the interim agreement had been finalized and was in the process of being circulated for signatures. The parties requested that the Court continue the stay.  (ECF No. 61) Upon review of the status report submitted by the parties, on December 17, 2020, the Court ordered that the matter should remain stayed pending further order by the Court. (ECF No. 62)

  Pursuant to the Court's Order continuing the stay, on June 1, 2021, the parties provided a status update to the Court. (ECF No. 63) In that status update, the parties requested a continued stay of the proceedings to allow for the implementation and performance of the terms of the interim agreement. The parties advised the Court that they anticipated the case would be finally resolved within the next several months.

1

In an Order dated June 1, 2021, the Court held that the matter would be stayed until further order of the Court and ordered the parties to provide an updated status to the Court by September 1, 2021.

The parties have continued to move toward the final resolution of this matter. They are in the process of finalizing settlement documents and are addressing the remaining outstanding issues in order to conclude the litigation. The parties request that the stay remain in place to allow them to continue moving toward final resolution of this matter.

Respectfully submitted this 1st day of September, 2021.

                                          AARON M. FREY
                                        Attorney General

                                        */s/ Alisa Ross*
                                        Jonathan R. Bolton, Esq.
                                        Alisa Ross, Esq.
                                        Assistant Attorneys General
                                        Attorneys for Maine
                                        Department of Corrections,
                                        and Randall Liberty

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
jonathan.bolton@maine.gov
alisa.ross@maine.gov

                                        */s/ Robert C. Hatch*
                                        Robert C. Hatch, Esq.

                                        */s/ Elizabeth K. Peck*
                                        Elizabeth K. Peck, Esq.

                                        */s/ Benjamin J. Wahrer*
                                        Benjamin J. Wahrer

                                          Attorneys for Defendant Wellpath, LLC

**THOMPSON BOWIE & HATCH LLC**
415 Congress Street, Fifth Floor
P.O. Box 4630
Portland, Maine 04112-4630
207-774-2500
rhatch@thompsonbowie.com
epeck@thompsonbowie.com
bwahrer@thompsonbowie.com

                                        */s/ Miriam Johnson*_____
                                        Miriam Johnson, Esq.
                                        Attorney for Plaintiff

Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME 04243-0961
207-784-3576
mjohnson@bermansimmons.com

## **CERTIFICATE OF SERVICE**

      I, Elizabeth K. Peck, hereby certify that on September 1, 2021, I electronically filed the foregoing Joint Status Report of the Parties with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to all parties of record.

                                              */s/ Elizabeth K. Peck*
                                              Elizabeth K. Peck, Esq.
                                              Attorney for Defendant
                                              Wellpath, LLC

**THOMPSON BOWIE & HATCH LLC**
415 Congress Street, Fifth Floor
P.O. Box 4630
Portland, Maine 04112-4630
207-774-2500
epeck@thompsonbowie.com