UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATHIEW LOISEL,<br><br>        Plaintiff<br><br>    v.<br><br>ROBERT CLINTON, M.D., et al.,<br><br>        Defendants | Case No. 1:19-cv-00081-NT |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

Now come the Plaintiff, Mathiew Loisel, and the Defendants, Wellpath, LLC, and the Maine Department of Corrections, and Randall Liberty (hereinafter, collectively Defendants), by and through undersigned counsel, and hereby submit this Stipulation of Dismissal With Prejudice and Without Costs.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Loisel and Defendants, by and through their undersigned counsel, stipulate to the dismissal of this action with prejudice and without costs to either side.

Respectfully submitted this 12th day of November, 2021.

                                                AARON M. FREY
                                                Attorney General

                                                /s/ Alisa Ross
                                                Jonathan R. Bolton, Esq.
                                                Alisa Ross, Esq.
                                                Assistant Attorneys General
                                                Attorneys for Maine
                                                Department of Corrections,
                                                Randall Liberty, and
                                                Matthew Magnusson

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
jonathan.bolton@maine.gov
alisa.ross@maine.gov

/s/ Robert C. Hatch
Robert C. Hatch, Esq.

/s/ Elizabeth K. Peck
Elizabeth K. Peck, Esq.

/s/ Benjamin J. Wahrer
Benjamin J. Wahrer

Attorneys for Defendants Robert Clinton, MD, Richard Liberty, N.P. and Wellpath, LLC

**THOMPSON BOWIE & HATCH LLC**
415 Congress Street, Fifth Floor
P.O. Box 4630
Portland, Maine 04112-4630
207-774-2500
rhatch@thompsonbowie.com
epeck@thompsonbowie.com
bwahrer@thompsonbowie.com

/s/ Miriam Johnson
Miriam Johnson, Esq.
Attorney for Plaintiff Loisel

Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME 04243-0961
207-784-3576
mjohnson@bermansimmons.com